UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER B. KNOTTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>Defendants. | Case No. 1:19-cv-01240-DAD-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. Nos. 36)<br><br>**ORDER CONSTRUING MOTION TO WITHDRAW ATTORNEY AS NOTICE OF WITHDRAWAL**<br><br>(Doc. No. 37) |

This case was transferred to this Court on September 6, 2019, from a multidistrict litigation proceeding ("MDL") before Senior District Judge David G. Campbell in the United States District Court for the District of Arizona. (Doc. Nos. 1, 5.) On September 6, 2019, the Clerk of Court issued a notice directing counsel Mark Stephen O'Connor and Shannon L Clark to submit a petition to practice in this District. (Doc. No. 9.) On November 6, 2019, the Court instructed the parties to address as appropriate any counsel identified on the docket who have not been terminated and are not admitted to practice before the Court. (Doc. No. 32.) On December 20, 2019, the Court again instructed the parties to address any counsel identified on the docket who have not been terminated and are not admitted to practice before the Court and further set a deadline of December 23, 2019 for appropriate steps to be taken. (Doc. No. 35.) Plaintiffs Roger B. Knotts and Vanice Knotts ("Plaintiffs") did not comply with the Court's orders, as counsel Mark Stephen O'Connor, Paul Lincoln Stoller, and Shannon L. Clark were not admitted to practice before the Court and had not been terminated as counsel of record by December 23, 2019. Accordingly, on December 27, 2019, the Court issued an order to show cause why sanctions should not be imposed for failure to comply with the Court's orders. (Doc. No. 36.)

1       On December 30, 2019, Plaintiffs filed a motion to withdraw Shannon L. Clark, Mark O'Connor, and Paul L. Stoller as counsel of record for Plaintiffs. (Doc. No. 37.) According to the motion, Robert W. Boatman, who has previously appeared in this matter on behalf of Plaintiffs and is admitted to practice before the Court, shall continue to represent Plaintiffs. (*Id.*) Based on the representations set forth in the motion, a noticed motion pursuant to Local Rule 182(d) is not required and the Court will construe the motion as a Notice of Withdrawal on behalf of Shannon L. Clark, Mark O'Connor, and Paul L. Stoller.

      Accordingly, IT IS HEREBY ORDERED THAT:

1. The Court's Order to Show Cause issued December 27, 2019 (Doc. 10) is HEREBY DISCHARGED and no sanctions will be imposed; and

2. Plaintiffs' Motion to Withdraw as Attorney (Doc. 37) is construed as a Notice of Withdrawal of Shannon L. Clark, Mark O'Connor, and Paul L. Stoller as counsel of record for Plaintiffs. The Clerk of Court is directed to terminate the motion on the Court's docket and to further terminate Shannon L. Clark, Mark O'Connor, and Paul L. Stoller as counsel of record for Plaintiffs.

IT IS SO ORDERED.

Dated:   **January 2, 2020**           /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE